EDWIN M. POST et al., Respondents, *v.* EDWARD R. THOMAS, Appellant, and CHARLES A. HAMILTON, Respondent, Impleaded with Another.

(Submitted September 28, 1914; decided October 6, 1914.)

Motion for re-argument denied, with ten dollars costs. Motion to amend remittitur denied, without costs. The judgment appealed from was reversed simply on the appeal of defendant Thomas. The question of the effect of such reversal is left for future adjudication. (See 212 N. Y. 264.)

---

LOUIS ALPERN et al., Copartners under the Firm Name of L. ALPERN & COMPANY, Respondents, *v.* THE HEFFRON COMPANY, Appellant.

*Alpern* v. *Heffron Co.*, 160 App. Div. 884, appeal dismissed.
(Argued September 28, 1914; decided October 6, 1914.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 9, 1914, affirming a judgment in favor of plaintiffs entered upon a verdict in an action to recover for goods alleged to have been sold and delivered.

The motion was made upon the ground that the affirmance by the Appellate Division was unanimous and that no questions of law were involved.

*Benjamin Frindel* for motion.

*John H. McCrahon* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.